■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GREGORY, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered July 11, 1985, convicting him of attempted grand larceny in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Hoke, 62 NY2d 1022; People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.